IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
Case No. 1:25-cv-00033-CJW-MAR
BILLY DEWAYNE FRAZIER IV,
Plaintiff, Pro Se, ADA-Protected, Indigent
v.
Jones et.al
Defendants.

RECEIVED APR 14 2025 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF IOWA

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COMES NOW the Plaintiff, **Billy Dewayne Frazier IV**, pro se, ADA-protected, and indigent, and pursuant to **Federal Rule of Civil Procedure 15(a)(2)**, respectfully moves this Court for leave to file a Second Amended Complaint in the above-captioned matter. In support thereof, Plaintiff states as follows:

- Plaintiff has already filed the original and first amended complaints outlining a **pattern of systemic judicial corruption, prosecutorial misconduct, civil rights violations**, and violations of the **Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1962**, and **42 U.S.C. § 1983**.
- Plaintiff has **recently received federal case numbers**, and filed a **Notice of Intent to Certify a Class Action** involving **20+70 similarly situated individuals**, several of whom are currently preparing or have already submitted their sworn affidavits outlining parallel constitutional violations and government misconduct.
- New facts, additional defendants, and supporting affidavits necessitate amendment to incorporate:
- New claims of **retaliation, fraud,** and **due process violations** involving DHS/Child Support workers and school officials;
- Additional misconduct by public defenders, court clerks, and juvenile court actors;
- Evidence of continued targeting of Plaintiff's children and co-parents as retaliatory acts;
- Coordination among state agencies in suppressing constitutional rights and evidence.
- This amendment is brought in good faith, not for purposes of delay, and is essential to properly state the full scope of the conspiracy

and violations. Plaintiff is entitled to amend under Rule 15(a)(2), and **leave should be freely given when justice so requires**.
- Granting this motion will not prejudice any party, especially as many defendants have not yet been formally served or answered.

**WHEREFORE, Plaintiff respectfully requests this Court grant leave to file a Second Amended Complaint, and permit the inclusion of additional defendants and facts as set forth in the proposed pleading. Plaintiff further requests that all subsequent filings and proceedings account for his pro se status, ADA protections, and indigent standing, and that this motion be construed liberally in the interest of justice.**

Respectfully submitted,
/s/ Billy Dewayne Frazier IV

Pro Se, Indigent, ADA-Protected
3316 Oakland Road NE
Cedar Rapids, Iowa 52402
Dated: April 14th, 2025